```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RACHEL CAROL FILSOOF,

                          Plaintiff,
                                                           ORDER
          - against –
                                                     21 Civ. 1791 (NRB)
ANDREW J. COLE,

                          Defendant.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on March 12, 2021, the Court scheduled a Show Cause hearing on April 6, 2021 at 11:00 a.m. (ECF No. 12) to consider plaintiff's application for a preliminary injunction; and

WHEREAS, the Court reserved the right to determine the appropriate format of that hearing; and

WHEREAS, the COVID-19 pandemic presents a risk to public health; it is hereby

**ORDERED** that the hearing will be conducted telephonically using the dial-in (888) 363-4749, access code 2712517; and it is further

**ORDERED** that plaintiff must serve a copy of this Order on defendant by email at a_j_cole@mac.com by the end of day today, Friday, April 2, 2021.

DATED:   New York, New York
         April 2, 2021

					_____
					NAOMI REICE BUCHWALD
					UNITED STATES DISTRICT JUDGE