```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RACHEL CAROL FILSOOF,

                Plaintiff,
                                              ORDER
     - against –
                                          21 Civ. 1791 (NRB)
ANDREW J. COLE,

                Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

UPON a Hearing held on April 6, 2021, the Complaint in this Action, and the Declarations of Rachel Carol Filsoof dated March 11, 2021 and Jacob O'Sullivan dated March 10, 2021 and accompanying exhibits, the Declaration of Jen Rosenstein dated March 3, 2021, the Memorandum of Law dated March 12, 2021, and the letter submission of April 2, 2021, and for good cause shown, it is hereby

**ORDERED** that defendant Andrew J. Cole, his agents, and all persons in active concert, privity and/or participation with him are hereby enjoined and restrained pursuant to Fed. R. Civ. P. 65 pending the final hearing and determination of this action from: (1) contacting, following, surveilling, assaulting, threatening, intimidating, stalking, harassing, keeping under surveillance or coming within 200 yards of the home or any place of residence of Plaintiff Rachel Carol Filsoof; and (2) interfering with Plaintiff's prospective business relations by making disparaging comments, remarks or statements concerning Plaintiff by phone, electronically or in person to any individual, entity or association that Defendant

knows or becomes aware of is a business contact of the Plaintiff and/or is likely to enter into a business transaction with the Plaintiff; and it is further

    **ORDERED,** that a copy of this Order shall be served by Plaintiff upon Defendant by email delivery at a_j_cole@mac.com, which shall be considered good and sufficient service.

DATED:    New York, New York
             April 6, 2021

                                            _____
                                                  NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE