# THE BOSTANY LAW FIRM PLLC

| NEW JERSEY OFFICE | 3 WORLD FINANCIAL CENTER | FLORIDA OFFICE |
|---|---|---|
| ONE GATEWAY CENTER | 24TH FLOOR | 1001 BRICKELL BAY DRIVE |
| NEWARK, NJ 07102 | NEW YORK, NEW YORK 10281 | MIAMI, FL 33131 |
| | TEL: 212-530-4400 | |
| | FAX: 212-530-4488 | |

June 17, 2021

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **RE:** *Rachel Carol Filsoof v. Andrew J. Cole*
         Docket No.: 21cv1791(NRB)

Your Honor:

  The parties respectfully request Court approval to a consensus relating to an amendment of Defendant's Answer/Counterclaims and the Plaintiff's Answer to the Counterclaims.

  Today, during a conference held in accordance with Fed.R.Civ.P. 26(f), counsel for Andrew J. Cole advised that he had planned to file an Amended Answer/Counterclaims to correct a date. The Plaintiff consented, and Defendant also agreed that Plaintiff's Answer to the Counterclaims would follow the filing of the Amended Answer rather than the original due date which was today.

  We respectfully ask the Court's approval. We never discussed however the deadline for the filing of the Defendant's proposed amendment, so on behalf of Plaintiff, I respectfully ask that the Court set a deadline for it.

                Respectfully,

                s/John P. Bostany

cc: Daniel J. Schneider, Esq.

```
Application granted.
Responsive pleadings
shall be due 21 days
after service in
accordance with
Federal Rule of
Civil Procedure
12(a).
SO ORDERED.
```

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
     June 22, 2021