

**FARBER
SCHNEIDER
FERRARI
LLP**

261 Madison Avenue, 26th Floor
New York, New York 10016
(212) 972-7040 (o) • (212) 922-1939 (f)
www.FSFLLP.com

**DANIEL J. SCHNEIDER\*, PARTNER**
DSCHNEIDER@FSFLLP.COM

October 5, 2021

<u>*Via ECF*</u>
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

   Re: <u>Rule 37 Motion Briefing Schedule
     Case No.: 1:21-cv-01791(NRB)—*Rachel Filsoof v. Andrew J. Cole*</u>
     Client No: 1272-1001

Dear Judge Buchwald:

  This letter is to request a briefing schedule with respect to the motion filed by Plaintiff today for an order pursuant to Fed. R. Civ. P. 37. Based upon current needs and obligations of my office, we would request November 1, 2021 for opposition to this motion. Presuming Plaintiff would like a reply, I would think November 10, 2021 would be sufficient for full submission in light of the time I have requested.

  I have not conferred about this briefing schedule with Mr. Bostany and therefore, this is not a joint letter. In the event that a different date would be preferable to Plaintiff's three separate law firms, they may respond to this letter. This is the first request of this kind.

           Respectfully submitted,

           FARBER SCHNEIDER
           FERRARI LLP

           By: _____
             Daniel J. Schneider

DJS/tim

cc: <u>*Via ECF*</u>
  John Bostany, Esq.
  Samantha Welborne, Esq.

Application granted. Defendant's opposition is due November 1, 2021 and Plaintiff's reply is due November 10, 2021. **SO ORDERED.**

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
   October 6, 2021

\*Licensed in New York, California,
Illinois and Massachusetts