```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
RACHEL CAROL FILSOOF,

                Plaintiff,                MEMORANDUM AND ORDER

        - against -                       21 Civ. 1791 (NRB)

ANDREW J. COLE,

                Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Before the Court is plaintiff's motion to compel defendant to produce certain discovery materials and to appear for a continued deposition at defendant's expense. This motion was unnecessary and unfounded, and thus is denied. Early on in this case, the Court cautioned the parties against adopting a needlessly contentious adversary style. Unfortunately, it appears that this admonition was not absorbed, as the parties' limited effort to comply with the meet and confer requirements of the Federal Rules of Civil Procedure and our Local Rules attests. The Court trusts that this will be the last time that such a reminder is necessary.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 85 and 129.

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE