```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
RACHEL CAROL FILSOOF,

                Plaintiff,                    ORDER

          - against -                         21 Civ. 1791 (NRB)

ANDREW J. COLE,

                Defendant.
-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court hereby withdraws its Memorandum and Order filed in this case on December 1, 2021 (ECF No. 135). The Court regrets that it failed to appreciate the overlap between the motion to compel and the sanctions motion. Having now begun to consider the motion for sanctions, the Court's Memorandum and Order of November 30 may well have been issued prematurely.

       **SO ORDERED.**

Dated:   New York, New York
         December 3, 2021

                                                            _____
                                                             NAOMI REICE BUCHWALD
                                                   UNITED STATES DISTRICT JUDGE