**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

December 29, 2021

John Peter Bostany
The Bostany Law Firm PLLC
3 World Financial Center, 24th Floor
New York, NY 10281

Tom M. Fini
Catafago Fini LLP
One Grand Central Place, Ste 47th Floor
New York, NY 10165

Daniel Jacob Schneider
Farber Schneider Ferrari LLP
261 Madison Avenue, Floor 26
New York, NY 10016

### RE: Rachel Carol Filsoof v. Andrew J. Cole
### 21 Civ. 1791 (NRB)

Dear Counsel:

　　　Given the passage of time since the filing of the pending motions, we write to learn the status of two matters. First, in the briefing on plaintiff's motion to compel, defendant stated that he was engaged in an ongoing review of the contents of his "first" cellphone and would produce any additional responsive material. Please inform us whether any such material was in fact produced by defendant following his search of the phone. Second, please inform us as to whether the temporary order of protection issued by the New York state criminal court remains in effect. Your response is due by no later than January 3, 2022 at 2:00 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　_Naomi Reice Buchwald_
　　　　　　　　　　　　　　　　　　　　　　　　　　Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge