

**FARBER SCHNEIDER FERRARI LLP**

261 Madison Avenue, 26th Floor
New York, New York 10016
(212) 972-7040 (o) • (212) 922-1939 (f)
www.FSFLLP.com

**ROBERT B. LOWER, COUNSEL**
RLOWER@FSFLLP.COM

March 4, 2022

*Via ECF*
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007-1312

> In the absence of an objection from plaintiff, the letter is temporarily sealed. Any further comment will be made in the context of the Court's ruling on the motion to quash.
>
> SO ORDERED.
>
> *Naomi Reice Buchwald*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: March 4, 2022
> New York, N.Y.

Re: Witness Intimidation; Request to Seal ECF No. 160-1
Case No. 1:21-cv-01791(NRB) — *Rachel Filsoof v. Andrew J. Cole*

Dear Judge Buchwald:

We write to convey time-sensitive concerns regarding intimidation and doxing of a witness on Your Honor's public docket. ECF No. 160-1, filed by Plaintiff's counsel yesterday, is an extremely private and sensitive email that has no cognizable connection to this case. Instead, it memorializes REDACTED along with his private email address. Yesterday, we asked Mr. Fini to take immediate steps to seal this document and cease attempts to intimidate and deter this unrepresented third-party witness from testifying. Overnight, I exhausted the meet and confer process with Mr. Fini and confirmed he has no intention of moving to seal ECF No. 160-1 (Ex. A), which he filed less than 24 hours after I specifically asked Mr. Fini to refrain from tampering with this witness (Ex. B). We believe this document should be sealed today and respectfully request the Court direct Mr. Fini to refrain from any tampering, intimidation, or doxing of witnesses. Either Mr. Schneider or myself can make ourselves available for a conference at any time today if it would help resolve this issue.

Respectfully submitted,

FARBER SCHNEIDER FERRARI LLP

By: _____
Robert B. Lower

cc: Adam Sherman, John P. Bostany, Petroula Thomas, Samantha B. Welborne (counsel for Ms. Filsoof); Gina Carbone, Daniel Schneider, Michael Farber (counsel for Mr. Cole)