**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                                                          (212) 805-0194
UNITED STATES DISTRICT JUDGE

April 11, 2022

Daniel Jacob Schneider
Farber Schneider Ferrari LLP
261 Madison Avenue, Floor 26
New York, NY 10016

John Peter Bostany
The Bostany Law Firm PLLC
3 World Financial Center, 24th Floor
New York, NY 10281

Tom M. Fini
Catafago Fini LLP
One Grand Central Place, Ste 47th Floor
New York, NY 10165

**RE: Rachel Carol Filsoof v. Andrew J. Cole**
**21 Civ. 1791 (NRB)**

Dear Counsel:

      The Court has read the parties' letters dated April 9 and April 11, 2022.  ECF Nos. 204-05.  Both parties are instructed to follow the traditional practice in depositions (and trials) whereby a single lawyer representing a client asks the questions and responds to or raises any objections.  The Court declines to rule in advance on the propriety/sanctionability of any counsel's actions at the forthcoming deposition.  All counsel and parties must take full responsibility for their actions and behavior.

Very truly yours,

Naomi Reice Buchwald
United States District Judge