**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                          (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

April 28, 2022

Daniel Jacob Schneider
Farber Schneider Ferrari LLP
261 Madison Avenue, Floor 26
New York, NY 10016

**RE: Rachel Carol Filsoof v. Andrew J. Cole**
**21 Civ. 1791 (NRB)**

Dear Mr. Schneider:

      This responds to your letters of April 21 and April 27, 2022 seeking a conference with regard to proposed motions to sever your replevin counterclaim and to transfer this case to the Eastern District of California.  The Court has no authority to preclude you from making a motion, but it does have the authority to order the opposing party not to file a response unless directed by the Court.  As the resolution of both of these motions requires the Court to exercise its discretion within the boundaries of the applicable case law (which itself involves the balancing of a number of factors), I can say with some confidence (and some regret) given my familiarity with this case and the applicable law, that pursuing these motions would not likely be the best use of your client's "limited war chest."   Please let me know how you intend to proceed.

      Very truly yours,

      *[signature]*

      Naomi Reice Buchwald
      United States District Judge

CC: John Peter Bostany, Esq., Tom M. Fini, Esq.