UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
RACHEL CAROL FILSOOF,

          Plaintiff,

          -against-

ANDREW J. COLE,

          Defendant.

----------------------------------------------------------x

21-CV-1791 (NRB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Defendant-only Pre-Settlement Conference Call scheduled for October 19, 2022 is adjourned *sine die*. The Court will make a Mediator's Proposal to both parties via confidential email on October 7, 2022. Both parties' counsel shall send *ex parte* responses to the email by **October 14, 2022**, informing the Court whether they **do** or **do not** accept the Mediator's Proposal. The parties shall not make any other communications to the Court in their email responses.

      SO ORDERED.

Dated: October 4, 2022
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge